OPINION — AG — ** DEFINITIONS — PRISONER — JAILS ** THE COUNTY SHERIFF IS `NOT' REQUIRED TO PAY, FROM THE AMOUNTS PAID TO HIM UNDER THE PROVISIONS OF 19 O.S. 180.43 [19-180.43] FOR " KEEPING, FEEDING AND MAINTAINING PRISONERS " FOR BLANKETS, SHEETS, MEDICINE AND DOCTOR BILLS; BUT THAT SUCH ITEMS MUST BE PAID FROM COUNTY FUNDS, IN ADDITION TO THE AMOUNTS PAID TO THE SHERIFF UNDER 19 O.S. 180.43 [19-180.43] (JAILS, MAINTENANCE, COUNTY, FOOD, MEDICAL SERVICES) CITE: 19 O.S. 180.43 [19-180.43], 28 O.S. 39 [28-39], OPINION NO. NOVEMBER 28, 1951 — SMITH (EXPENDITURES) (RICHARD M. HUFF)